# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ROGER A. HUNT, JR. | Case No. 12-24342CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>vs.<br>ROGER A. HUNT, JR. | Chapter 13<br><br>Document No. 114 |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this \_\_\_\_31st\_\_\_\_ day of \_\_August\_\_, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Verizon - Payroll Svcs*Ic
Verizon Finance Operations - Global Payroll
Attn: Garnishments
899 Heathrow Park Lane Fl 2
Lake Mary, FL 32745

is hereby ordered to immediately terminate the attachment of the wages of ROGER A. HUNT, JR., social security number XXX-XX-8208. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROGER A. HUNT, JR..

~~FURTHER ORDERED:~~
~~xxxxxxxxxxxxxxxxxxxxxxxxx~~

BY THE COURT:

*Carlota M. Böhm*
dms
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
8/31/17 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-24342-CMB
Roger A. Hunt, Jr.                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw                Page 1 of 1              Date Rcvd: Aug 31, 2017
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db              +Roger A. Hunt, Jr.,    P.O. Box 409,    Hopwood, PA 15445-0409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    Federal National Mortgage Association
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10