**Fill in this information to identify the case:**

Debtor 1: Roger A. Hunt, Jr.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 12-24342CMB

RECEIVED
2017 OCT 19 A 11:37
U.S. BANKRUPTCY COURT

# Form 4100R
# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** First National Bank of Pennsylvania

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 5 1 9 5

**Property address:** 11 Colbon Lane
Number    Street

Hopwood    PA    15445
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 10 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

| Debtor 1 | Roger A. Hunt, Jr. | Case number (if known) | 12-24342 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Christine A. Lombardo
Signature

Date 10 / 18 / 2017

| Print | Christine A. Lombardo | Title | Banking Officer |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company   First National Bank of Pennsylvania

**If different from the notice address listed on the proof of claim to which this response applies:**

Address _____
        Number       Street

_____
City              State    ZIP Code

Contact phone (____) ____-_____     Email _____

Form 4100R                   Response to Notice of Final Cure Payment                   page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Roger A. Hunt, Jr. | ) | Case No 12-24342 |
| Debtor(s). | ) | |
| Ronda J. Winnecour | ) | Chapter 13 |
| Movant. | ) | |
| First National Bank of Pennsylvania, | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 18, 2017.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail.

U.S. Bankruptcy Court
Bankruptcy Clerk of Courts
Western District of Pennsylvania
5413 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the Bankruptcy Trustee
Western District of Pennsylvania
Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Daniel R. White, Esquire
Zebley, Mehalov & White PC
P.O. Box 2123
Uniontown, PA 15401

Roger A. Hunt, Jr.
P.O. Box 409
Hopwood, PA 15445

*Christine A. Lombardo* (signature)
Christine A. Lombardo, Banking Officer
First National Bank of Pennsylvania
4140 East State Street
Hermitage, PA 16148
(724) 983-2410