**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Roger A. Hunt Jr.**
**aka Roger A. Hunt**
Debtor(s)

Bankruptcy Case No.: 12−24342−CMB

Chapter: 13
Docket No.: 123 − 122

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this 26th day of October, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/30/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/20/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/30/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                       Case No. 12-24342-CMB
Roger A. Hunt, Jr.                                           Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Oct 26, 2017
                              Form ID: 408            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db             +Roger A. Hunt, Jr.,    P.O. Box 409,    Hopwood, PA 15445-0409
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr             +JP Morgan Chase Bank, N.A.,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
13457774        AES Student Loan Servicing,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13457776       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,   El Paso, TX 79998)
14041492        BSI Financial Services,    341 South Franklin Street,    2nd Floor, P.O. Box 517,
                 Titusville, PA 16354
13457777        Bank of America Mortgage,    475 CrossPoint Parkway,    P.O. Box 9000,   Getzville, NY 14068-9000
13516384       +Bank of America, N.A., as successor by et.al.,     Bankruptcy Department,    Bank of America, N.A.,
                 7105 Corporate Drive,    Plano, TX 75024-4100
13457778        Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13457779        Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
13470645        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
13457780        First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13549275       +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     CHASE RECORDS CENTER,
                 ATTENTION: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
                 MONROE, LA 71203-4774
13693221        eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:06:53
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13457775        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 27 2017 01:53:38     American Honda Finance,
                 P.O. Box 168088,    Irving, TX 75016-8088
13474759        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:07:23     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13615948        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:07:05     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13457781       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:08     Lowe’s,   c/o GE Money Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 103104,   Roswell, GA 30076-9104
13627393        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2017 02:34:59
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,   Norfolk, VA 23541
13541719        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2017 02:34:55
                 Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13464558        E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:07:34
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14245879       +E-mail/Text: bncmail@w-legal.com Oct 27 2017 01:53:38     Trifera, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO B
cr              Bank of America, N.A.
cr              Federal National Mortgage Association
cr              First National Bank  of Pennsylvania
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              VENTURES TRUST 2013-I-H-R,
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
cr*            +Trifera, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
13999501       ##Federal National Mortgage Association,,    c/o Seterus, Inc.,   PO Box 2008,
                 Grand Rapids, MI 49501-2008
                                                                                TOTALS: 6, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                  Date Rcvd: Oct 26, 2017
                               Form ID: 408                Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pawb@fedphe.com, james.prostko@phelanhallinan.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    Federal National Mortgage Association
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```