**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROGER A. HUNT, JR.<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Repondents. | Case No.:12-24342<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/30/2012 and confirmed on 11/19/12. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 167,932.36 |
| Less Refunds to Debtor | 3,456.53 | |
| TOTAL AMOUNT OF PLAN FUND | | 164,475.83 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,050.00 | |
|    Trustee Fee | 6,081.53 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,131.53 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 106,357.34 | 0.00 | 106,357.34 |
|     Acct: 6258 | | | | |
|   TRIFERA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2503 | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1231 | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5424 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 30,500.00 | 0.00 | 30,500.00 |
|     Acct: 5195 | | | | |
|   FIDELITY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX7619 | | | | |
| | | | | 136,857.34 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROGER A. HUNT, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROGER A. HUNT, JR. | 2,580.00 | 2,580.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROGER A. HUNT, JR. | 876.53 | 876.53 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,050.00 | 3,050.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   ECAST SETTLEMENT CORP | 1,905.06 | 734.23 | 0.00 | 734.23 |
|     Acct: 9358 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXXXXX3470 | | | | |
| AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX5038 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 13,222.89 | 5,096.23 | 0.00 | 5,096.23 |
| Acct: 5645 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 25,232.99 | 9,725.05 | 0.00 | 9,725.05 |
| Acct: 4460 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 2,838.66 | 1,094.05 | 0.00 | 1,094.05 |
| Acct: 6403 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 4,767.38 | 1,837.40 | 0.00 | 1,837.40 |
| Acct: 6710 | | | | |
| MARISA MYERS COHEN ESQ C/O CELINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,486.96 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 155,344.30 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 0.00 |
| SECURED | 47,966.98 |

Date: 10/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ROGER A. HUNT, JR.<br><br>           Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:12-24342<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                BY THE COURT:

                                                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 12-24342-CMB
Roger A. Hunt, Jr.                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Oct 26, 2017
                              Form ID: pdf900         Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db            +Roger A. Hunt, Jr.,    P.O. Box 409,    Hopwood, PA 15445-0409
cr            +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr            +JP Morgan Chase Bank, N.A.,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
13457774       AES Student Loan Servicing,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13457776      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
14041492       BSI Financial Services,    341 South Franklin Street,    2nd Floor, P.O. Box 517,
                Titusville, PA 16354
13457777       Bank of America Mortgage,    475 CrossPoint Parkway,    P.O. Box 9000,   Getzville, NY 14068-9000
13516384      +Bank of America, N.A., as successor by et.al.,     Bankruptcy Department,    Bank of America, N.A.,
                7105 Corporate Drive,    Plano, TX 75024-4100
13457778       Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13457779       Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
13470645       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
13457780       First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13549275      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     CHASE RECORDS CENTER,
                ATTENTION: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
                MONROE, LA 71203-4774
13693221       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:06:16
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13457775       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 27 2017 01:53:38      American Honda Finance,
                P.O. Box 168088,    Irving, TX 75016-8088
13474759       E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:41      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13615948       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:07:00      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13457781      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:41      Lowe’s,    c/o GE Money Bank,
                Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13627393       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2017 02:21:34
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13541719       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2017 02:07:06
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13464558       E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:06:16
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14245879      +E-mail/Text: bncmail@w-legal.com Oct 27 2017 01:53:38      Trifera, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO B
cr             Bank of America, N.A.
cr             Federal National Mortgage Association
cr             First National Bank  of Pennsylvania
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr             VENTURES TRUST 2013-I-H-R,
cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                Greenville, SC  29603-0587
cr*           +Trifera, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                Seattle, WA 98121-3132
13999501      ##Federal National Mortgage Association,,    c/o Seterus, Inc.,    PO Box 2008,
                Grand Rapids, MI 49501-2008
                                                                                 TOTALS: 6, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dsaw              Page 2 of 2              Date Rcvd: Oct 26, 2017
                              Form ID: pdf900         Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pawb@fedphe.com, james.prostko@phelanhallinan.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    Federal National Mortgage Association
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```