**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      Bankruptcy No.  12-24342 CMB
Roger A. Hunt, Jr.
a/k/a Roger A. Hunt
            Debtor(s)           Chapter 13

                                            Re: doc. No.126

**ORDER OF COURT**

      AND NOW, this 2nd day of November, 2017.

      **IT IS HEREBY ORDERED** that a **STATUS CONFERENCE** on Seterus Inc.'s

Response to Notice of Final Cure Payment will be held on November 29, 2017 at 10:00 a.m. in

**Courtroom B, 54TH Floor, US Steel Tower, 600 Grant Street, Pittsburgh Pennsylvania.**

                                   BY THE COURT:

FILED
11/2/17 10:08 am                              United States Bankruptcy Judge    **dms**
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 12-24342-CMB
Roger A. Hunt, Jr.                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw          Page 1 of 1          Date Rcvd: Nov 02, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db              +Roger A. Hunt, Jr.,    P.O. Box 409,   Hopwood, PA 15445-0409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
          Ann E. Swartz   on behalf of Creditor    VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
          Daniel R. White   on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Gregory Javardian   on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
          mary@javardianlaw.com;tami@javardianlaw.com
          Heather Stacey Riloff   on behalf of Creditor    Federal National Mortgage Association
          heather@mvrlaw.com, Michelle@mvrlaw.com
          James  Warmbrodt   on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pawb@fedphe.com,  james.prostko@phelanhallinan.com
          Jeniece D. Davis   on behalf of Creditor    Federal National Mortgage Association
          jeniece@mvrlaw.com,  bonnie@mvrlaw.com
          Jerome B. Blank   on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
          HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
          Jill  Manuel-Coughlin   on behalf of Creditor    Federal National Mortgage Association
          jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 11