# PROCEEDING MEMO

Date: 11/29/2017 10:00 am

In re: Roger A. Hunt, Jr.

Bankruptcy No. 12-24342-CMB
Chapter: 13
Doc. # 126 & 127

**Appearances:**

**Movant(s):** ~~Jill Manuel-Coughlin~~

**Respondent(s):** Daniel White, Esq. for Debtor

(Winnecour) Pail / Bedford / Katz

**Creditor(s):** Mark Pekarchik for Federal Mortgage Ass'n

**Nature of Proceeding:** #126 Response to Notice of Final Cure Mortgage Payment re: Rule 3002.1 (Claim # 10) with Certificate of Service

**Additional Pleadings:** #127 Order setting Status Conference
#129 Trustee's Reply

**Judge's Notes:**
**Outcome:**

Creditor needs some more time to review records and review loan history to determine whether Debtor is caught up.
Cont'd to Dec. 20th at 10:00 a.m. Mr. Pekarchick to provide history to trustee.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

FILED
NOV 29 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Roger A. Hunt, Jr.
    Debtor

Case No. 12-24342-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Nov 29, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
db        +Roger A. Hunt, Jr.,   P.O. Box 409,   Hopwood, PA 15445-0409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:
        Ann E. Swartz   on behalf of Creditor   VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
        Daniel R. White   on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
         gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
        Gregory Javardian   on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,
         mary@javardianlaw.com;tami@javardianlaw.com
        Heather Stacey Riloff   on behalf of Creditor   Federal National Mortgage Association
         heather@mvrlaw.com, Michelle@mvrlaw.com
        James Warmbrodt   on behalf of Creditor   Trifera, LLC bkgroup@kmllawgroup.com
        James A. Prostko   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         pawb@fedphe.com, james.prostko@phelanhallinan.com
        Jeniece D. Davis   on behalf of Creditor   Federal National Mortgage Association
         jeniece@mvrlaw.com, bonnie@mvrlaw.com
        Jerome B. Blank   on behalf of Creditor   BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
        Jill Manuel-Coughlin   on behalf of Creditor   Federal National Mortgage Association
         jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 11