# PROCEEDING MEMO

**Date:** 12/20/2017 10:00 am

**In re:** Roger A. Hunt, Jr.

Bankruptcy No. 12-24342-CMB
Chapter: 13
Doc. # 126 & 127

**Appearances:**

**Movant(s):** Jill Manuel-Coughlin

**Respondent(s):** Daniel White, Esq. for Debtor

Winnecour / Pail / Bedford / Katz ✓

**Creditor(s):** Peitrolcheh ✓

**Nature of Proceeding:** #126 Continued hearing
re Response to Notice of Final Cure Mortgage
Payment re: Rule 3002.1 (Claim # 10)
with Certificate of Service

**Additional Pleadings:** #127 Order setting Status Conference
#129 Trustee's Reply
# 134 Amended Response to Notice of Final Cure Payment

**Judge's Notes:** Cont'd to Jan 17 at 11:00

**Outcome:**

___Motion is GRANTED___Order Entered

___Motion is DENIED___Order entered

___Motion WITHDRAWN

___Motion is DISMISSED___Order entered

___Reschedule for Proper Service

___Case DISMISSED___Order entered

___Parties to submit Order/Settlement/Stipulation by___days

___CONTINUED MATTER: ___for at least___days (Court to Issue Order)

___ISSUE EVIDENTIARY HEARING NOTCE

___Discovery time needed___days

___Briefs to be filed:    Movant(s) brief due___days
Respondent(s) brief due___days
Trustee's brief due___days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**
DEC 20 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 12-24342-CMB
Roger A. Hunt, Jr.                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw              Page 1 of 1              Date Rcvd: Dec 20, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db              +Roger A. Hunt, Jr.,    P.O. Box 409,   Hopwood, PA 15445-0409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
          Daniel R. White    on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
           heather@mvrlaw.com,   Michelle@mvrlaw.com
          Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,   Michelle@mvrlaw.com
          James Warmbrodt    on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pawb@fedphe.com,   james.prostko@phelanhallinan.com
          Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
           jeniece@mvrlaw.com,   bonnie@mvrlaw.com
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
          Jill Manuel-Coughlin    on behalf of Creditor    Federal National Mortgage Association
           jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12