# PROCEEDING MEMO

**Date: 12/20/2017 10:00 am**

**In re: Roger A. Hunt, Jr.**

Bankruptcy No. 12-24342-CMB
Chapter: 13
Doc. # 122

**Appearances:**

**Movant(s):**     Winnecour / Pail / Bedford / Katz

**Respondent(s):**     Dainiel White, Esq. for Debtor

**Creditor(s):**

**Nature of Proceeding:**     #122 Trustee's Motion for Approval
of Report of Receipts and Disbursements

**Additional Pleadings:**

**Judge's Notes:**     Cont-b Jan 17
at 11:00

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

DEC 20 2017

CLERK U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Roger A. Hunt, Jr.  
    Debtor

Case No. 12-24342-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Dec 20, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db           +Roger A. Hunt, Jr.,    P.O. Box 409,    Hopwood, PA 15445-0409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:

         Ann E. Swartz     on behalf of Creditor     VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com  
         Daniel R. White     on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         Gregory Javardian     on behalf of Creditor     Bank of America, N.A. greg@javardianlaw.com,  
          mary@javardianlaw.com;tami@javardianlaw.com  
         Heather Stacey Riloff     on behalf of Creditor     Federal National Mortgage Association  
          heather@mvrlaw.com,     Michelle@mvrlaw.com  
         Heather Stacey Riloff     on behalf of Creditor     Seterus, Inc. as the authorized subservicer for  
          Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,     Michelle@mvrlaw.com  
         James Warmbrodt     on behalf of Creditor     Trifera, LLC bkgroup@kmllawgroup.com  
         James A. Prostko     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          pawb@fedphe.com,     james.prostko@phelanhallinan.com  
         Jeniece D. Davis     on behalf of Creditor     Federal National Mortgage Association  
          jeniece@mvrlaw.com,     bonnie@mvrlaw.com  
         Jerome B. Blank     on behalf of Creditor     BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC  
          HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com  
         Jill Manuel-Coughlin     on behalf of Creditor     Federal National Mortgage Association  
          jill@pkallc.com,  
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                          TOTAL: 12