## PROCEEDING MEMO

**Date: 1/17/2018 11:00 am**

**In re: Roger A. Hunt, Jr.**

**Bankruptcy No. 12-24342-CMB**
**Chapter: 13**
**Doc. # 122**

**Appearances:**

**Movant(s):**    ~~Winneeeur~~ / Pail / ~~Katz~~

**Respondent(s):**    Dainiel White, Esq. for Debtor

**Creditor(s):**

**Nature of Proceeding:**    #122 Trustee's Motion for Approval
of Report of Receipts and Disbursements

**Additional Pleadings:**

**Judge's Notes:**

**Outcome:**

_Cont'd to Feb. 14th @ 10:00 a.m._

_____Motion is GRANTED_____Order Entered

_____Motion is DENIED_____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED_____Order entered

_____Reschedule for Proper Service

_____Case DISMISSED_____Order entered

_____Parties to submit Order/Settlement/Stipulation by_____days

_____CONTINUED MATTER: _____for at least_____days (Court to Issue Order)

_____ISSUE EVIDENTIARY HEARING NOTCE

_____Discovery time needed_____days

_____Briefs to be filed:        Movant(s) brief due_____days
                Respondent(s) brief due_____days
                Trustee's brief due_____days

**Carlota M. Böhm**
**U.S. Bankruptcy Court**

**FILED**

JAN 17 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Roger A. Hunt, Jr.,                                                    Case No. 12-24342-CMB
            Debtor                                                      Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw           Page 1 of 1          Date Rcvd: Jan 17, 2018
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db             +Roger A. Hunt, Jr.,    P.O. Box 409,   Hopwood, PA 15445-0409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
          Daniel R. White    on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
           heather@mvrlaw.com,  Michelle@mvrlaw.com
          Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
          James Warmbrodt    on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pawb@fedphe.com,  james.prostko@phelanhallinan.com
          Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
           jeniece@mvrlaw.com,  bonnie@mvrlaw.com
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
          Jill Manuel-Coughlin    on behalf of Creditor    Federal National Mortgage Association
           jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 12