# PROCEEDING MEMO

**Date:** 1/17/2018 11:00 am

**In re:** Roger A. Hunt, Jr.

**Bankruptcy No.** 12-24342-CMB
**Chapter:** 13
**Doc. #** 126 & 127

**Appearances:**

**Movant(s):** ~~Jill Manuel-Coughlin~~

**Respondent(s):** Daniel White, Esq. for Debtor

~~Winnecour~~ / Pail / ~~Katz~~

**Creditor(s):** Mark Pecarchick

**Nature of Proceeding:** #126 Continued hearing
re Response to Notice of Final Cure Mortgage
Payment re: Rule 3002.1 (Claim # 10)
with Certificate of Service

**Additional Pleadings:** #127 Order setting Status Conference
#129 Trustee's Reply
#134 Amended Response to Notice of Final Cure Payment

**Judge's Notes:**
**Outcome:** Per Debtor's counsel, he is not sure where post-petition delinquency is coming from. Per Mr. Pecarchick, the bank amended its response, agreeing with the notice of final cure payment, so there is a still a dispute. Mr. Pecarchick requested a short continuance to resolve with debtor. Cont'd to Feb. 14, 2018 at ~~1:00 p.m.~~ 10:00 a.m.

___Motion is GRANTED___Order Entered

___Motion is DENIED___Order entered

___Motion WITHDRAWN

___Motion is DISMISSED___Order entered

___Reschedule for Proper Service

___Case DISMISSED___Order entered

___Parties to submit Order/Settlement/Stipulation by___days

___CONTINUED MATTER: ___for at least___days (Court to Issue Order)

___ISSUE EVIDENTIARY HEARING NOTCE

___Discovery time needed___days

___Briefs to be filed:    Movant(s) brief due___days
Respondent(s) brief due___days
Trustee's brief due___days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
JAN 17 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Roger A. Hunt, Jr.
    Debtor

Case No. 12-24342-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jan 17, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
db          +Roger A. Hunt, Jr.,   P.O. Box 409,   Hopwood, PA 15445-0409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
           Ann E. Swartz    on behalf of Creditor    VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
           Daniel R. White    on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
        gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
           Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
        mary@javardianlaw.com;tami@javardianlaw.com
           Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
        heather@mvrlaw.com,   Michelle@mvrlaw.com
           Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
        Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,   Michelle@mvrlaw.com
           James Warmbrodt    on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pawb@fedphe.com,   james.prostko@phelanhallinan.com
           Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
        jeniece@mvrlaw.com,   bonnie@mvrlaw.com
           Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
        HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
           Jill Manuel-Coughlin    on behalf of Creditor    Federal National Mortgage Association
        jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                             TOTAL: 12