# PROCEEDING MEMO

Date: 02/14/2018 10:00 am

In re: Roger A. Hunt, Jr.                                Bankruptcy No. 12-24342-CMB
                                                         Chapter: 13
                                                         Doc. # 126 & 127

**Appearances:**

Movant(s):     Mark Pecarchak for Seterus
               ~~Heather Riloff, Esq. for Federal National Mortgage~~

Respondent(s): Daniel White, Esq. for Debtor

               Winnecour / ~~Pail~~ / ~~Katz~~

**Creditor(s):**

**Nature of Proceeding:**  # 126 Continued hearing re
Response to Notice of Final Cure Mortgage Payment
re Rule 3002.1 (Claim #10) with Certificate of Service

**Additional Pleadings:** #127 Order Setting Status Conference
#129 Trustee's Reply
#134 Amended Response of Federal National Mortgage Assoc.
#143 Amended Response of Federal National Mortgage Assoc.

**Judge's Notes:** Debtor's counsel indicated matter is resolved and Debtor is current.

**Outcome:** *Matter concluded.*

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

                                                         Carlota M. Böhm
                                                         U.S. Bankruptcy Court

**FILED**

FEB 14 2018

CLERK U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA