# PROCEEDING MEMO

**Date: 2/14/2018 10:00 am**

**In re: Roger A. Hunt, Jr.**

Bankruptcy No. 12-24342-CMB
Chapter: 13
Doc. # 122

**Appearances:**

**Movant(s):**   Winnecour / Pail / Katz

**Respondent(s):**   Daniel White, Esq. for Debtor

**Creditor(s):**

**Nature of Proceeding:**   #122 Continued Trustee's Motion for Approval of Report of Receipts and Disbursements

**Additional Pleadings:**

**Judge's Notes:**

**Outcome:**

\_\_\_\_Motion is GRANTED\_\_\_\_Order Entered

\_\_\_\_Motion is DENIED\_\_\_\_Order entered

\_\_\_\_Motion WITHDRAWN

\_\_\_\_Motion is DISMISSED\_\_\_\_Order entered

\_\_\_\_Reschedule for Proper Service

\_\_\_\_Case DISMISSED\_\_\_\_Order entered

\_\_\_\_Parties to submit Order/Settlement/Stipulation by\_\_\_\_days

\_\_\_\_CONTINUED MATTER: \_\_\_\_for at least\_\_\_\_days (Court to Issue Order)

\_\_\_\_ISSUE EVIDENTIARY HEARING NOTCE

\_\_\_\_Discovery time needed\_\_\_\_days

\_\_\_\_Briefs to be filed:    Movant(s) brief due\_\_\_\_days
Respondent(s) brief due\_\_\_\_days
Trustee's brief due\_\_\_\_days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

FEB 1 4 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA