**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
　　ROGER A. HUNT, JR.

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　　vs.
No Repondents.

Case No.:12-24342

Chapter 13

Document No.: 122

**BY DEFAULT**

ORDER OF COURT

AND NOW, this __14th__ day of __FEBRUARY__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
BANKRUPTCY JUDGE

FILED
FEB 14 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                      Case No. 12-24342-CMB
Roger A. Hunt, Jr.                                          Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam              Page 1 of 2           Date Rcvd: Feb 14, 2018
                              Form ID: pdf900         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db            +Roger A. Hunt, Jr.,    P.O. Box 409,    Hopwood, PA 15445-0409
cr            +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr            +JP Morgan Chase Bank, N.A.,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
13457774       AES Student Loan Servicing,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13457776      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
14041492       BSI Financial Services,    341 South Franklin Street,    2nd Floor, P.O. Box 517,
                Titusville, PA 16354
13457777       Bank of America Mortgage,    475 CrossPoint Parkway,    P.O. Box 9000,    Getzville, NY 14068-9000
13516384      +Bank of America, N.A., as successor by et.al.,    Bankruptcy Department,    Bank of America, N.A.,
                7105 Corporate Drive,    Plano, TX 75024-4100
13457778       Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13457779       Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
13470645       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13457780       First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13549275      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,
                ATTENTION: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
                MONROE, LA 71203-4774
13693221       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Feb 15 2018 02:07:20
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
13457775       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 15 2018 01:58:54     American Honda Finance,
                P.O. Box 168088,    Irving, TX 75016-8088
13474759       E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:07:18     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13615948       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2018 02:07:25     LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13457781      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:07:43     Lowe’s,   c/o GE Money Bank,
                Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13627393       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 02:21:22
                Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
13541719       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 02:08:27
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13464558       E-mail/PDF: rmscedi@recoverycorp.com Feb 15 2018 02:07:45
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14245879      +E-mail/Text: bncmail@w-legal.com Feb 15 2018 01:58:54     Trifera, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO B
cr             Bank of America, N.A.
cr             Federal National Mortgage Association
cr             First National Bank  of Pennsylvania
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr             Seterus, Inc. as the authorized subservicer for Fe
cr             VENTURES TRUST 2013-I-H-R,
cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                Greenville, SC  29603-0587
cr*           +Trifera, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                Seattle, WA 98121-3132
13999501      ##Federal National Mortgage Association,,    c/o Seterus, Inc.,    PO Box 2008,
                Grand Rapids, MI 49501-2008
                                                                                   TOTALS: 7, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: dkam              Page 2 of 2            Date Rcvd: Feb 14, 2018
                              Form ID: pdf900         Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    VENTURES TRUST 2013-I-H-R, ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Roger A. Hunt, Jr. dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,    Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    Federal National Mortgage Association
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```